IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ZEBORAH C. WALSBERG                                          PLAINTIFF

v.                          No. 3:20-cv-12-DPM

REGIONS; FRED THORNE; TONY ALEX;
DAVID PRICE; TINA JOYNER; BARBARA
MILLIGAN; RHONDA HALL; CHRIS
JAMES; LEAH KELLEY; ANNA HARRIS;
LARRY GALLOWAY; JEFF BEEKER;
WILLIAM HALE; STACEY TURNER; PAUL
EDWARD JONES; PAUL TIERNEY;
FIDELITY; MARTHA HUNT; KIM HUNT;
JOSH HUNT; WHITEHAT DETENTION
CENTER; ANGELA VERMO; JOE BARRETT;
SORENSON; SNELL; MCGEE, Dr.; CRAIG
TANNER; DRAKE WHITE; MICK MACK;
LARRY JACKSON; and DOES                                      DEFENDANTS

ORDER

I recuse. Regions Bank is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2020