# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ZEBORAH C. WALSBERG**                                                                **PLAINTIFF**

**v.**                                        **Case No: 3:20-cv-00012-KGB**

**REGIONS,** *et al.*                                                                 **DEFENDANTS**

## ORDER

On April 14, 2020, the Court denied plaintiff Zeborah C. Walsberg's *pro se* motion for leave to proceed *in forma pauperis* (Dkt. No. 5). The Court ordered Ms. Walsberg to either pay the $400 filing fee or file an amended application to proceed *in forma pauperis* within 30 days of the date of the Order (Dkt. No. 5). The Court advised Ms. Walsberg that her failure to comply with this Order could result in the dismissal of her lawsuit. *See* Local Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). As of the date of this order, Ms. Walsberg has not paid the filing fee or filed an amended application to proceed *in forma pauperis*. Accordingly, the Court dismisses without prejudice Ms. Walberg's complaint for failure to pay the filing fee or file an amended motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 5).

It is so ordered, this 4th day of November, 2020.

_____
Kristine G. Baker
United States District Judge